**Order entered November 30, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00205-CV

**IN RE BYRON CURTIS COOK, TRADE RARE, L.L.C., AND JOEL HOCHBERG, Relators**

**Original Proceeding from the 417th Judicial District Court
Collin County, Texas
Trial Court Cause No. 417-04885-2016**

## ORDER
### Before the Court En Banc

Before the Court are relators' August 25, 2020 motion for en banc reconsideration and real party in interest Calco Land Development, LLC's October 13, 2020 response. Relators' motion is **GRANTED** and this original proceeding is set for reconsideration en banc on **Thursday, February 11, 2020 at 10:00 a.m.** via Zoom Web Conferencing. The Clerk of the Court will send the Zoom Meeting ID and Password as a calendar invitation by separate email. Please do not share the Zoom Meeting ID/Password to limit potential security and technical issues. The

oral argument will be broadcast live to the Court's YouTube Channel https://tinyurl.com/5thCOA-YouTube.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE